UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFF DIRSKE, et al.,<br><br>        Defendants. | No.  2:23-cv-02273-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 13) |

Plaintiff Tom Brown is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute this action and failure to comply with a court order. (Doc. No. 13.) Specifically, Plaintiff has failed to comply with the court's order dated July 8, 2024, in which Plaintiff's first amended complaint was dismissed and Plaintiff was directed to file a second amended complaint within

/////

/////

/////

/////

1

thirty days.[1] (Doc. No. 12.) Plaintiff did not thereafter file a second amended complaint or otherwise communicate with the court.

Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 13 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 27, 2024 (Doc. No. 13) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with a court order; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 4, 2024**

Dena Coggins
United States District Judge

---

[1] The service copy of the court's July 8, 2024 order, which was mailed to Plaintiff at his address of record, was returned to the court on July 22, 2024 marked as "Undeliverable, Attempted-Not in Custody; Unable to Forward." Thus, pursuant to Local Rule 183, Plaintiff was required to file a notice of his change of address with the court no later than September 30, 2024, and he has not done so.